ACCEPTED
01-14-00479-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 11:09:53 AM
CHRISTOPHER PRINE
CLERK

# THORNTON , BIECHLIN , SEGRATO , REYNOLDS & GUERRA , L.C.

ATTORNEYS AT LAW

**Vaughan E. Waters**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

Direct dial: (210) 581-0295

Writer's e-mail address:
waters@thorntonfirm.com

ONE INTERNATIONAL CENTRE
100 N.E. LOOP 410, SUITE 500
SAN ANTONIO, TEXAS 78216-4741
(210) 342-5555
FAX (210) 525-0666

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
RIO GRANDE VALLEY
1/12/2015 11:09:53 AM
CHRISTOPHER A. PRINE
Clerk

January 12, 2015

Mr. Christopher Prine, Clerk                                    VIA E-FILE
First Court of Appeals
301 Fannin St., Room 208
Houston, TX 77002-2066

Re: Cause No. 01-14-00479-CV
Marvinell Harlan
v.
North Forest ISD, Self-Insured Carrier
First Court of Appeals, Houston, Texas
Our File No.: W0146-37989

Dear Mr. Prine:

Please allow this correspondence to reply to this Honorable Court's inquiry of December 31, 2014 regarding the expiration of time for the filing of an appellee's brief in this matter. This firm represents North Forest Independent School District ("North Forest"), a self-insured carrier, in the underlying workers' compensation litigation from which this appeal arises.

The judgment on appeal is the judgment in the severed case in which Appellant Marvinell Harlan is suing Appellees Texas Department of Insurance-Division of Workers' Compensation ("TDI") and certain individuals associated with that entity (that being Cause No. 2013-64138-A, pursuant to the trial court's severance order dated May 7, 2014). North Forest is not a party to that judgment, which was a judgment of dismissal based on a plea to the jurisdiction; the action against North Forest in the original cause—Cause No. 2013-64138—is still pending, and it does not appear, as best the undersigned can determine, that Appellant Ms. Harlan has attempted to perfect an appeal to any judgment or order to which North Forest is a party. Accordingly, North Forest has not filed an appellee's brief in this matter, and is not aware of any basis on which it might file an appellee's brief.

It is my understanding that TDI has challenged the timeliness of the appeal, and that this matter is still pending before this Honorable Court at this time; and that TDI accordingly has not yet filed an appellate brief.

I will be happy to provide further information should the Court desire. As always, we appreciate the Court's kind attention to this matter.

Very truly yours,

THORNTON, BIECHLIN, SEGRATO,
REYNOLDS & GUERRA, L.C.

BY _____
Vaughan E. Waters

VEW:jld

cc:    Ms. Marvinell Harlan
       5722 Tiffany
       Houston, TX 77085

       VIA E-MAIL TO robin.sanders@texasattorneygeneral.gov
       Ms. Robin Sanders
       Assistant Attorney General
       Administrative Law Division
       300 W. 15th St., 10th Floor
       Austin, TX 78701